UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-24461-CIV-MARTINEZ-OTAZO-REYES

WALTER J. POSTULA,
    Plaintiff,

vs.

MICHAEL A. DOOLEY, et al.,
    Defendants.
_____/

## ORDER STAYING CASE AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court on Plaintiff's Notice of Death and Request for Temporary Stay [ECF No. 40], indicating that Plaintiff in this matter has passed away. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. This case is **STAYED** for **30 days** from the date of this Order, for the reasons set forth in the Notice of Death and Request for Temporary Stay [ECF No. 40].

2. Counsel for Plaintiff shall file a status report with this Court within **3 days** of the expiration of the stay, informing the Court of the status of this case.

3. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties. If necessary, at the expiration of the stay, the Court will reopen this case and consider any pending motions at that time.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of July, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record